UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**JOHN BROWNELL**
W1011 County FF
Sheboygan, WI 53083

Plaintiff,

Case No. 21-cv-1293

vs.

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
Registered Agent:
Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

Defendant.

---

# CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff, John Brownell, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The Paintiff's full name is John Brownell.

2. Not applicable.

3. No other person presently serves as counsel for Plaintiff in this matter.

Dated: November 10, 2021.

HAWKS QUINDEL, S.C.
*Attorneys for Plaintiff, John Brownell*

By: *________/s/ William E. Parsons________*

William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Naomi R. Smith, State Bar No. 1115655
Email: nsmith@hq-law.com
409 East Main Street
Madison, Wisconsin 53703
Telephone: 608/257-0040
Facsimile: 608/256-0236