Civil Action No. 21-cv-1293

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston was received by me on *(date)* November 15th, 2021.

- [ ] I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* John Long, Clerk, Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Life Assurance Company of Boston on *(date)* Tue, Nov 16 2021, 8:45am ; or
- [ ] I returned the summons unexecuted because: __________ ; or
- [ ] Other: __________ ; or

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 11/16/2021

*Server's signature*

David Overlin, Process Server

*Printed name and title*

345 W Washington Ave Suite 329, Madison, WI 53703

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 16, 2021, 8:45 am CST at Company: 8040 Excelsior Dr Suite 400, Madison, WI 53717 received by John Long, Clerk, Lincoln Life Assurance Company of Boston, c/o Corporation Service Company. Age: 58-63; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'9"; Hair: Gray;
Served.

Also Served: Complaint, Civil Cover Sheet, Consent to Proceed Before a Magistrate Judge, Civil L.R. 7.1 Disclosure Statement