UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN BROWNELL,

Plaintiff,

v. Case No. 21-cv-1293-bhl

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

---

## NOTICE OF RULE 16(b) TELEPHONE SCHEDULING CONFERENCE

---

The Court will conduct a telephone scheduling conference pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16(a), on **February 3, 2022 at 9:45 a.m.** To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time. Participants will be placed on hold until the case is called.

The Court will expect counsel familiar with the case to appear and be ready to discuss the matters identified in Fed. R. Civ. P. 16(c)(2) and Civil L.R. 16(a)(1). In advance of the conference, counsel must discuss a discovery plan as required by Fed. R. Civ. P. 26(f). A formal written Rule 26(f) report must be filed no later than **seven days** before the scheduling conference. Following the conference, the Court will enter a scheduling order setting deadlines for, among other things, the joinder of other parties; amendments to the pleadings; filing dispositive motions; completing fact and expert discovery; and disclosing expert witnesses. The Court may also set dates for a Final Pretrial Conference and/or Trial.

GINA M. COLLETTI
Clerk of Court

Dated: December 17, 2021

*s/ Melissa P.*
Deputy Clerk