**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

Court Minutes and Order

HEARING DATE: February 3, 2022
JUDGE: Brett H. Ludwig
CASE NO.: 21-cv-1293-bhl
CASE NAME: Brownell v. Lincoln Life Assurance Company of Boston
MATTER: Scheduling Conference
APPEARANCES: William E Parsons, Attorney for Plaintiff
Iwana Rademaekers, Attorney for Defendant
TIME: 9:45 a.m. – 9:48 a.m.
COURTROOM DEPUTY: Melissa P.

**AUDIO OF THIS HEARING IS AT ECF NO. 10**

---

Counsel for the parties reported that a settlement has been reached in the case. The Court will therefore not issue a scheduling order. **IT IS HEREBY ORDERED** that, by **March 4, 2022**, counsel for the parties must file either a stipulation of dismissal or a joint status report regarding the status of their settlement discussions.

Dated at Milwaukee, Wisconsin on February 3, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge